IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA DOYLE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SENSIO, INC.,<br><br>　　　　　　　　　　　　Defendant. | NO.  2:21-cv-00664-BJR<br><br>ORDER DENYING JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on a joint stipulated motion by the parties to continue the trial date.  Dkt. No. 19.  The Court DENIES this motion because the parties have offered no reason to support their request to continue the trial date.  *See* Federal Rule of Civil Procedure 16(b)(4) (case schedule "may be modified only for good cause and with the judge's consent.").  The Court denies this motion without prejudice to a renewed motion that shows good cause to modify the case schedule.

　　　　Dated January 20, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Barbara J. Rothstein

　　　　　　　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER - 1