IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA DOYLE,<br><br>                    Plaintiff,<br><br>    v.<br><br>SENSIO, INC.,<br><br>                    Defendant. | NO. 2:21-cv-664-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on the parties' joint stipulated motion to continue the trial date. Dkt. No. 21.

Finding good cause for this request, the Court GRANTS the motion and ORDERS that the case schedule is amended as follows:

| | |
|---|---|
| JURY TRIAL DATE | November 7, 2022 |
| Discovery completed by | May 4, 2022 |
| All dispositive motions must be filed by | June 3, 2022 |
| All motions *in limine* must be filed by | October 3, 2022 |
| Joint Pretrial Statement | October 10, 2022 |

ORDER - 1

| Pretrial conference | October 24, 2022 at 11:00 am |

Dated January 27, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Judge

ORDER - 2